UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLENN SEWINSKY, | |
| Plaintiff, | CIVIL ACTION NO. 3:14-CV-00765 |
| v. | (MARIANI, J.) |
| | (MEHALCHICK, M.J.) |
| KOVATCH PARTNERS LLP, | |
| Defendant. | |

## ORDER

AND NOW, this 29th day of April, 2014, IT IS HEREBY ORDERED THAT the Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 2) is **GRANTED**, and the Plaintiff is further **DIRECTED** to file an amended complaint on or before **May 29, 2014**.

BY THE COURT:

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**